David L. Nye (SBN. 67009)
Jonathan D. Miller (SBN. 220848)
**NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
33 West Mission St., Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 563-5385
Email:   david@nps-law.com
jonathan@nps-law.com

**SCHENDZIELOS & ASSOCIATES, LLC**
Daniel J. Schendzielos (CO. SBN 22542)
8547 E. Arapahoe Rd., Suite J534
Greenwood Village, CO 80112
Tel:       (303) 773-6600
Fax:      (303) 957-2382

**TERRY L. BAKER, ATTORNEY AT LAW**
Terry L. Baker (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:       (831) 476-7900
Fax:      (831) 476-7906

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. BEHRMANN, and NANCY P. BEHRMANN, as individuals and assignees of DR. ROBERT GRIEGO, DR. CAROLE GRIEGO, TERRY P. GILLETT, BRENDA A. GILLETT, WILLIAM P. O'CONNELL, and JINAN O'CONNELL<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN T. HOUK, II, an individual, MIRIAM M. HOUK, an individual, JOHN T. HOUK III, an individual, JANET H. RIDGELY, an individual, JULIE L. HOUK, an individual, NATIONAL HERITAGE FOUNDATION, a non-profit organization, ROBERT BEN KORI & | Case No.  CV12-5636 DMG (CWx)<br><br>**DECLARATION OF NANCY P. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS**<br><br>Complaint Filed: June 28, 2012<br>Trial Date:  None<br>Judge:  Hon. Dolly Gee<br><br>Hearing Date:  December 21, 2012<br>Time:  9:30 am<br>Courtroom:  7 |

1

| | |
|---|---|
| 1 | ASSOCIATES, corporate form unknown; CONGRESSIONAL DISTRICT |
| 2 | PROGRAM, INC., a corporation; |
| 3 | CHARITY ADMIN, INC., a corporation; UNITED CHARITABLE PROGRAMS, a |
| 4 | non-profit organization; NATIONAL PHILANTHROPIC INSTITUTE, a |
| 5 | corporation; INTERNATIONAL |
| 6 | PHILANTHROPIC INSTITUTE, a corporation; STELLAR FINANCIAL, |
| 7 | INC., a corporation; STELLAR |
| 8 | TECHNOLOGY SOLUTIONS, LLC, a limited liability company; STELLAR |
| 9 | ADVISORS, INC., a corporation; IAN |
| 10 | SCOTT-DUNNE, an individual; STELLAR McKIM, LLC, a limited liability company; |
| 11 | McKIM CAPITAL, a corporation; JAMES |
| 12 | CAHILL, an individual; MICHAEL |
| 13 | GOLDSTEIN, an individual, CHRISTIE KENNETT, an individual, HUSCH |
| 14 | BLACKWELL LLP, a Missouri Limited |
| 15 | Liability Partnership, PATTON BOGGS, LLP, a limited liability partnership, FOLEY |
| 16 | & LARDNER, LLP, a limited liability |
| 17 | partnership; and DOES 1-10, inclusive. |
| 18 | |
| 19 | Defendants. |

I, Nancy P. Behrmann, hereby declare:

1. I am a plaintiff in the above-captioned matter. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify to these facts.

2. On April 10, 2012, I attended trial in the matter captioned Behrmann v. Baker, et al., Santa Barbara Superior Court Case No. 1341686.

2

DECLARATION OF NANCY P. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS

During that day of trial testimony, I watched my attorneys examine Michael Goldstein who was a witness – not a party – to that action. During that examination I learned for the first time that Michael Goldstein and his law firm Husch & Eppenberger (now Husch Blackwell) had simultaneously represented my broker Joel Baker and the National Heritage Foundation ("NHF") at the same time they were representing myself and my husband, John Behrmann. I further learned for the first time of the potential that a portion of the legal fees we paid to Mr. Goldstein and Husch Blackwell were being stock piled by Mr. Goldstein in a legal defense fund to defend NHF from an IRS audit.

     3. I did not have the ability to previously discover these facts through reasonable diligence because absent legal process compelling Mr. Goldstein to provide testimony under oath, it was my understanding I could not force him to reveal who his other clients were as I understand such matters are protected by the attorney-client privilege.

     4. At no time during Mr. Goldstein's and his firm's representation did they ever provide me with a conflict waiver suggesting they may have represented other parties involved in the charitable investments we were making.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2012 in York, Pennsylvania.

*Nancy P Behrmann*
NANCY P. BEHRMANN

---

3

DECLARATION OF NANCY P. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS

PROOF OF SERVICE

RE: *John and Nancy Behrmann, et al. v. John T. Houk III, et al.*  CASE # CV12-5636 DMG (CWx)

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen years and not a party to this action. My business address is 33 West Mission, Suite 201, Santa Barbara, California 93101.

On the date stated below, I served the following documents: **DECLARATION OF NANCY P. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS** on the interested parties in this action:

James P. Fogelman
Shannon E. Mader
Michael Menssen
Karen Moody
GIBSON, DUNN AND CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Robert E. Gooding
Scott B. Garner
Jared S. Kirkwood
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614

Jon Wilson
M. John Carson
A. Joel Richlin
FOLEY AND LARDNER LLP
555 S. Flower St, Suite 3500
Los Angeles, CA 90071

[] [By Mail] I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California on November 30, 2012.

[] [By Personal Service] I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s) on November 30, 2012.

[X] [By Electronic Service] I caused such document(s) to be sent electronically on November 30, 2012 in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by e-mail delivery. A courtesy copy will follow as stated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 30, 2012

_____
Jenna Gould