1  David L. Nye (SBN. 67009)
   Jonathan D. Miller (SBN. 220848)
2  **NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
   33 West Mission St., Suite 201
3  Santa Barbara, California 93101
   Telephone: (805) 963-2345
4  Facsimile: (805) 563-5385
   Email:   david@nps-law.com
5  jonathan@nps-law.com

6  **SCHENDZIELOS & ASSOCIATES, LLC**
   Daniel J. Schendzielos (CO. SBN 22542)
7  8547 E. Arapahoe Rd., Suite J534
   Greenwood Village, CO 80112
8  Tel:      (303) 773-6600
   Fax:      (303) 957-2382
9

10 **TERRY L. BAKER, ATTORNEY AT LAW**
   Terry L. Baker (SBN 214365)
11 820 Bay Avenue, Suite 230L
   Capitola, CA 95010
12 Tel:      (831) 476-7900
   Fax:      (831) 476-7906
13
   Attorneys for Plaintiffs
14
                    **UNITED STATES DISTRICT COURT**
15            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16 JOHN R. BEHRMANN, and NANCY P.            Case No. CV12-5636 DMG (CWx)
17 BEHRMANN, as individuals and assignees
   of DR. ROBERT GRIEGO, DR. CAROLE          **DECLARATION OF JOHN R.**
18 GRIEGO, TERRY P. GILLETT, BRENDA          **BEHRMANN IN SUPPORT OF**
   A. GILLETT, WILLIAM P. O'CONNELL,         **OPPOSITION TO**
19 and JINAN O'CONNELL                       **DEFENDANTS MICHAEL**
                                             **GOLDSTEIN'S AND HUSCH**
20         Plaintiffs,                       **BLACKWELL'S MOTION TO**
                                             **DISMISS**
21
   vs.
22
23 JOHN T. HOUK, II, an individual,          Complaint Filed: June 28, 2012
   MIRIAM M. HOUK, an individual, JOHN       Trial Date:      None
24 T. HOUK III, an individual, JANET H.      Judge:           Hon. Dolly Gee
25 RIDGELY, an individual, JULIE L.
   HOUK, an individual, NATIONAL             Hearing Date: December 21, 2012
26 HERITAGE FOUNDATION, a non-profit         Time:         9:30 am
27 organization, ROBERT BEN KORI &           Courtroom:    7

28                                    1
   DECLARATION OF JOHN R. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS
      MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS

| | |
|---|---|
| 1 | ASSOCIATES, corporate form unknown; CONGRESSIONAL DISTRICT PROGRAM, INC., a corporation; CHARITY ADMIN, INC., a corporation; UNITED CHARITABLE PROGRAMS, a non-profit organization; NATIONAL PHILANTHROPIC INSTITUTE, a corporation; INTERNATIONAL PHILANTHROPIC INSTITUTE, a corporation; STELLAR FINANCIAL, INC., a corporation; STELLAR TECHNOLOGY SOLUTIONS, LLC, a limited liability company; STELLAR ADVISORS, INC., a corporation; IAN SCOTT-DUNNE, an individual; STELLAR McKIM, LLC, a limited liability company; McKIM CAPITAL, a corporation; JAMES CAHILL, an individual; MICHAEL GOLDSTEIN, an individual, CHRISTIE KENNETT, an individual, HUSCH BLACKWELL LLP, a Missouri Limited Liability Partnership, PATTON BOGGS, LLP, a limited liability partnership, FOLEY & LARDNER, LLP, a limited liability partnership; and DOES 1-10, inclusive. |
| | Defendants. |

I, John R. Behrmann, hereby declare:

1. I am a plaintiff in the above-captioned matter. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify to these facts.

2. On January 16, 2012, my attorneys took the deposition of Michael Goldstein in the matter captioned *Behrmann v. Baker*, et al., Santa

---

2

DECLARATION OF JOHN R. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS

Barbara Superior Court Case No. 1341686. Within the two weeks following that deposition, I reviewed the transcript and learned for the first time that Michael Goldstein and his firm Husch & Eppenberger (now Husch Blackwell) had simultaneously represented my broker Joel Baker and the National Heritage Foundation ("NHF"). I further learned for the first time of the potential that a portion of the legal fees I paid to Mr. Goldstein and Husch Blackwell were being stock piled by Mr. Goldstein in a legal defense fund to defend NHF from an IRS audit.

3. I did not have the ability to previously discover these facts through reasonable diligence because absent taking Mr. Goldstein's deposition it was my understanding I could not force him to reveal who his other clients were, as I understand such matters are protected by the attorney-client privilege.

4. Prior to consulting with Mr. Goldstein, however, I requested and did receive his resume. Nowhere on his resume did it indicate that Mr. Goldstein represented either NHF or Joel Baker.

5. In addition, at no time during Mr. Goldstein's and his firm's representation did they ever provide me with a conflict waiver suggesting they may have represented other parties involved in the charitable investments I was making.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2012 in York, Pennsylvania.

*John R. Behrmann*
JOHN R. BEHRMANN

3

DECLARATION OF JOHN R. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS

## PROOF OF SERVICE

RE: *John and Nancy Behrmann, et al. v. John T. Houk III, et al.* CASE # CV12-5636 DMG (CWx)

     I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen years and not a party to this action. My business address is 33 West Mission, Suite 201, Santa Barbara, California 93101.

     On the date stated below, I served the following documents: **DECLARATION OF JOHN R. BEHRMANN IN SUPPORT OF OPPOSITION TO DEFENDANTS MICHAEL GOLDSTEIN'S AND HUSCH BLACKWELL'S MOTION TO DISMISS** on the interested parties in this action:

| | |
|---|---|
| James P. Fogelman | Jon Wilson |
| Shannon E. Mader | M. John Carson |
| Michael Menssen | A. Joel Richlin |
| Karen Moody | FOLEY AND LARDNER LLP |
| GIBSON, DUNN AND CRUTCHER LLP | 555 S. Flower St, Suite 3500 |
| 333 South Grand Avenue | Los Angeles, CA 90071 |
| Los Angeles, CA 90071-3197 | |
| Robert E. Gooding | |
| Scott B. Garner | |
| Jared S. Kirkwood | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 5 Park Plaza, Suite 1750 | |
| Irvine, CA 92614 | |

[ ]   [By Mail] I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Barbara, California on November 30, 2012.

[ ]   [By Personal Service] I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s) on November 30, 2012.

[X]   [By Electronic Service] I caused such document(s) to be sent electronically on November 30, 2012 in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by e-mail delivery. A courtesy copy will follow as stated above.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 30, 2012          _____
                                              Jenna Gould